MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:               )   Chapter 13
                     )
MARK OTANEZ,         )   Bankruptcy No. 09-56619
                     )
                     )   Date: May 9, 2011
                     )   Time: 1:45 p.m.
                     )   Room: 3020
        Debtor.      )
_____)   HON. ARTHUR S. WEISSBRODT

**PREHEARING STATEMENT**

The trustee's objection with respect to the claim of the county for property taxes having been resolved upon entry of an order disallowing the claim, the only remaining objection is that of JPMorgan Chase.

The debtor will propose an oral amendment to address the secured creditor's objection with which the plan can be confirmed.

MORAN LAW GROUP

Date: __04/25/2011__         /s/ Cathleen Cooper Moran
                             CATHLEEN COOPER MORAN
                             Attorney for Mark Otanez